**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| FROILAN MEJIA-OLVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2361-J |
| | ) | |
| STEVEN GANTT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, appearing pro se, filed a complaint alleging violations of his civil rights, but did not pay the $405.00 filing fee or submit the complaint in a manner that complies with Federal Rule of Civil Procedure 8. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Stephens issued a Report and Recommendation recommending that the Court dismiss this action without prejudice. [Doc. No. 11]. Specifically, Judge Stephens noted that (1) although Plaintiff subsequently sought leave to proceed in forma pauperis using the Court's approved form, his application is defective because it lacks required information and a signature from an official of the custodial facility, and (2) Plaintiff failed to cure deficiencies Judge Stephens had identified in the complaint or request an extension of time in which to comply. *Id.*

Despite being cautioned that he must file any objection no later than November 4, 2026, Plaintiff did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2020). Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 11] and DISMISSES this action without prejudice. *See* Fed. R. Civ. P. 41(b); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) ("Although the language of Rule 41(b) requires that the

defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.").

A separate judgment will enter.

IT IS SO ORDERED this 12th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE